**No. 64641.**—S. Rosenberg Christmas Corp. v. United States, protest 60/5554 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.

**No. 64642.**—Ross Products, Inc. v. United States, protest 60/3100 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

**No. 64643.**—George Borgfeldt Corp. v. United States, protests 60/2613, 60/5631, and 60/5634 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of toy pianos similar in all material respects to those the subject of *Langfelder, Homma & Carroll, Inc.* v. *United States* (32 Cust. Ct. 281, C.D. 1614), the claim of the plaintiff was sustained.